394 A.2d 1035

**Lora Lee DUFRESNE**

v.

**Paul W. DUFRESNE, Appellant.**

Superior Court of Pennsylvania.

Argued Oct. 24, 1978.

Decided Nov. 29, 1978.

John P. Liekar, Jr., Canonsburg, for appellant.

Arthur M. Wilson, Washington, submitted a brief for appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

## OPINION

PER CURIAM:

Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.